IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOYCE LITTLE,

    Plaintiff,

v.                              CASE NO. 4:07-cv-00390-MP-WCS

THE DEPARTMENT OF HEALTH
DIRECTOR MEDICAL QUALITY ASSURANCE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that the Notice of Removal be denied, and this case remanded to state court. No objections have been filed, and the time for doing so has passed. The Court agrees with the Magistrate Judge that the Plaintiff is attempting to remove a case she originally filed in state court. Only a defendant may remove a case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The removal of this case is denied, and the Clerk is directed to remand this case to the Second Judicial Circuit of the State of Florida, in and for Leon County.

**DONE AND ORDERED** this *19th* day of December, 2007

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge